FILED

2007 AUG 28  AM 9: 00

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____CP_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI ORTIZ,<br><br>Plaintiff,<br><br>vs.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | CASE NO. 07cv00684 BEN(RBB)<br><br>**ORDER**<br>[D.E. 3, 7, 9] |

Presently before the Court are two joint motions for an extension of time to file an answer by the Defendant. (Doc. Nos. 3, 7). Since Defendant has already filed its responsive pleading, both motions are **DENIED** as moot.

On June 26, 2007, Defendant also filed a Motion to Dismiss Plaintiff's Complaint. (Doc. No. 9). Since Plaintiff filed an Amended Complaint on July 22, 2007, Defendant's Motion to Dismiss Plaintiff's Complaint is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: 8/27/07

ROGER T. BENITEZ
United States District Judge